**53 So.2d 891**

### Collier RUTLEDGE v. CITY OF BIRMINGHAM.

#### 6 Div. 284.

Supreme Court of Alabama.

June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

700

BROWN, Justice.

Petition of Collier Rutledge for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rutledge v. City of Birmingham, 53 So.2d 896.

Writ denied on authority of Washington v. City of Birmingham, Ala., 53 So.2d 624.

LIVINGSTON, C. J., and FOSTER and SIMPSON, JJ., concur.